IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No: 1:17-CR-00090-KD-MU |
| ) | |
| **RASSAN M. TARABEIN,** ) | |

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Comes now the defendant in the above styled cause, by and through his undersigned counsel of record, and respectfully requests this Honorable Court to entertain this motion and thereafter enter an order modifying conditions of release as follows:

1. The defendant will be allowed to leave his residence between 12:00 noon and 4:00 p.m. three days a week, on Monday, Wednesday and Friday, subject to his advising his probation officer prior to leaving the residence where he is going and what he will be doing while out of his residence.

2. The contents of this motion have been discussed with the United States Attorney's office and with U.S. Probation, neither of which are opposed to the granting of this motion.

3. The granting of this Motion is in the interest of justice, this defendant and does not work an undue burden on the United States Government.

**WHEREFORE, PREMISES CONSIDERED**, defendant respectfully requests this Honorable Court entertain this Motion and thereafter enter an order

consistent with the specifics of paragraph 1 of this pleading.  All other conditions of release shall remain in full force and effect.

Respectfully submitted,

*/s/ Thomas J. Spina*
Thomas J. Spina
Attorney for Defendant
State Bar #4959-N77T
1330 21st Way South, Suite 200
Birmingham, Alabama 35205
Telephone: (205) 939-1330
Tommy@tommyspina.com

**CO-COUNSEL**

John Beck
19973 State Highway 181, Suite B
Fairhope, Alabama 36532
251.990.5454
beckdefense@me.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

*/s/ Thomas J. Spina*
Thomas J. Spina
