IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RASSAN M. TARABEIN, ) <br> # 16872-003 ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | CRIMINAL NO. 17-00090-KD-B <br> CIVIL ACTION NO. 19-00250-KD-B |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 6, 2019 (Doc. 169) is ADOPTED as the opinion of this Court.

Accordingly, Petitioner Rassan M. Tarabein's "Motion to Dismiss Petitioner's 28 U.S.C. § 2255 Motion Without Prejudice Due to Lack of Jurisdiction" (Doc. 166) is GRANTED, and Petitioner Tarabein's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 157) is DISMISSED WITHOUT PREJUDICE as premature.

DONE this 3rd day of July 2019.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE