IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RASSAN M. TARABEIN,** | * |
| **# 16872-003,** | * |
| | * |
| Petitioner, | * |
| | * CRIMINAL NO. 17-00090-KD-B |
| vs. | * CIVIL ACTION NO. 21-00189-KD-B |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Respondent. | * |

## Judgment

In accordance with the Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that Petitioner Rassan M. Tarabein's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 200) is DENIED and this action is DISMISSED with prejudice. Judgment is entered against Petitioner and in favor of Respondent, the United States.

It is further ORDERED, ADJUDGED, and DECREED that Petitioner is not entitled to a Certificate of Appealability and, consequently, is not permitted to proceed *in forma pauperis* on appeal.

DONE this 5th day of November 2021.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE