### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
|  | * |  |
| **UNITED STATES OF AMERICA** |  |  |
|  | * |  |
| **vs** |  | **Case No.:CR-17-90** |
|  | * |  |
| **RASSAN M. TARABEIN** | * |  |


## <u>MOTION TO CONTINUE HEARING ON RE-SENTENCING</u>

Comes now the Defendant, Rassan M. Tarabein, by and through his attorneys, Dennis J. Knizley, and Chelsea Kendrick, and respectfully moves this Honorable Court to continue the hearing presently set for March 5, 2022, in this cause and as grounds therefore states as follows:

1. The defendant retained undersigned counsel on February 16, 2022.

2. The issue of re-sentencing is relatively unique and this particular case involves some issues that are to a degree complex both factually and legally.

3. The undersigned counsel has been working diligently on preparing a response to the government's motion as well as preparing for an evidentiary hearing on this matter.

4. Because of the short duration of time between being retained as counsel and the hearing date, it is necessary for the defendant and counsel to have additional time to properly prepare the defendant's presentation in this cause.

5. The undersigned counsel has communicated with Assistant United States Attorney Sinan Kalayoglu and the United States has no objection to continuing this matter.

6. The defendant requests this matter be continued for a period of at least fourteen (14) days.

WHEREFORE, premises considered, the defendant respectfully moves this Honorable Court to continue the hearing on re-sentencing in this case until or after March 19, 2022, and for such other, further, and different relief, premises considered.

/s/ Dennis J. Knizley
Attorney for the Defendant
7 N. Lawrence Street
Mobile, Alabama 36602
Phone:  (251) 432-3799
Fax:      (251) 432-4539
E-Mail: djknizley@hotmail.com

/s/ Chelsea Kendrick
Attorney for the Defendant
7 N. Lawrence Street
Mobile, Alabama 36602
Phone:  (251) 308-4001
Fax:      (251) 432-4539
E-Mail: chelseakendrick@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 24th day of February 2022 served a true and correct copy of the foregoing pleading by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant U.S. Attorney Sinan Kalayoglu.

/s/Dennis J. Knizley